<div style="margin-right:0;text-align:right">McMasters<br>*v.*<br>Dunbar.</div>

---

## Taylor *v.* Carlile.

A note executed by a married woman, secured by mortgage on her property, for the repayment of money lent to her husband, cannot be enforced against her. To recover against the wife on such a contract, it must be shown that the loan enured to her benefit. C. C. 2412.

APPEAL from the First District Court of New Orleans, *McHenry*, J.

*Larue* and *Bryce*, for the appellant.

*Maurian* and *Lambert*, for the defendant. A wife cannot bind herself for her husband. C. C. 2412. She can, in no event, become his surety; if really a surety, the form of the contract will be disregarded. *McMicken* v. *Smith*, 5 Mart. N. S. 431. *Hughes* v. *Harrison*, 7 Ib. N. S. 252. *Pilié* v. *Patin*, 8 Ib. 693. If sued as principal, the wife may contradict, by parol evidence, her own declarations in an authentic act. *Brandegee* v. *Kerr*, 7 Mart. N. S. 64. *Gasquet* v. *Dimitry*, 9 La. 590. *Firemen's Ins. Co.* v. *Cross*, 4 Rob. 508. *Alling* v. *Egan*, 11 Rob. 246. *Pascal* v. *Sauvinet*, 1 An. Rep. 428.

The judgment of the court was pronounced by

King, J. The defendant, who is a married woman, executed a promissory note, with the authorisation of her husband, payable to the order of the plaintiff, and to secure its payment gave a mortgage on a slave owned by her in her separate right. The note was not paid at its maturity, and the plaintiff obtained an order for the seizure and sale of the slave, the execution of which the defendant enjoined, on the ground that the note and mortgage were given for a debt due by her husband, for which she was in no wise bound, which was not contracted for her benefit, and which did not turn to her advantage. The injunction was perpetuated in the court below, and the plaintiff has appealed.

The evidence establishes satisfactorily, that the debt for which the defendant obligated herself was contracted by her husband;* the money went into his

---

\* The note was executed for money lent by the plaintiff to the husband. R.

hands; and the plaintiff has failed to show that it enured to the wife's use. The contract of the defendant is one which she is prohibited by law from entering into, and it cannot be enforced against her. Civil Code, art. 2412. *Pascal v. Sauvinet*, 1 Annual Rep. 429.     *Judgment affirmed.*